```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10253
    JOHNNY F ASHFORD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3735

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/24/2008 and was confirmed 07/07/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.91%.

    The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
UNITED RECOVERY SYSTEM     UNSECURED      NOT FILED            .00             .00
AT & T                     UNSECURED      NOT FILED            .00             .00
BARR MANAGEMENT            UNSECURED      NOT FILED            .00             .00
BARR MANAGEMENT            UNSECURED         425.00            .00             .00
CITY OF CHICAGO PARKING    UNSECURED        2182.44            .00             .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00             .00
COMCAST                    UNSECURED         305.23            .00             .00
COMMONWEALTH EDISON        UNSECURED        1449.93            .00             .00
CHECK PLUS SYSTEMS LP      UNSECURED      NOT FILED            .00             .00
ILLINOIS TITLE LOANS       UNSECURED      NOT FILED            .00             .00
LINEBARGER GOGAN BLAIR &   UNSECURED      NOT FILED            .00             .00
AFNI/MCI                   UNSECURED         322.94            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         822.09            .00             .00
OSI RECOVERY SOLUTIONS     UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        6842.14            .00             .00
PREMIER MENTORING INC      UNSECURED      NOT FILED            .00             .00
SALUTE                     UNSECURED      NOT FILED            .00             .00
SILVERLEAF RESORTS         UNSECURED      NOT FILED            .00             .00
TSI TELEPHONE CO           UNSECURED      NOT FILED            .00             .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED            .00             .00
PAYDAY LOANS STORE OF IL   UNSECURED      NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         677.44            .00             .00
US CELLULAR                UNSECURED      NOT FILED            .00             .00
THE RECOVERY SERVICES      NOTICE ONLY    NOT FILED            .00             .00
US CELLULAR                UNSECURED      NOT FILED            .00             .00
AFNI                       NOTICE ONLY    NOT FILED            .00             .00
US CELLULAR                UNSECURED      NOT FILED            .00             .00
CREDIT COLLECTION SERVIC   NOTICE ONLY    NOT FILED            .00             .00
C W STALLING               NOTICE ONLY    NOT FILED            .00             .00
TIMOTHY K LIOU             DEBTOR ATTY      3,433.20                        434.00
TOM VAUGHN                 TRUSTEE                                           36.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10253 JOHNNY F ASHFORD
```

```
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       470.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     434.00
TRUSTEE COMPENSATION                                36.00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                        470.00              470.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE    2
        CASE NO. 08 B 10253 JOHNNY F ASHFORD